```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

TINA NICOLE WEST,                       :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :    CIVIL ACTION 12-0004-M
                                        :
MICHAEL J. ASTRUE,                      :
Commissioner of Social Security,        :
                                        :
    Defendant.                          :

<u>JUDGMENT</u>

    It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Tina Nicole West.

    DONE this 27th day of August, 2012.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE