```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

TINA NICOLE WEST,                   :
                                    :
    Plaintiff,                      :
                                    :
vs.                                 :   CIVIL ACTION 12-0004-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,    :
                                    :
    Defendant.                      :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Tina Nicole West.

DONE this 27th day of August, 2012.

                                                  s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE